```
FILED
08 JAN 14 AM 9:30
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: PW    DEPUTY
```

1  KAREN P. HEWITT
   United States Attorney
2  DAVID M. McNEES
   Special Assistant U.S. Attorney
3  California State Bar No. 216612
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-5979
   E-mail: david.mcnees@usdoj.gov
6
7  Attorneys for Plaintiff
   United States of America

8                    UNITED STATES DISTRICT COURT
9                   SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          )  Civil No. '08 CV 0074 IEG NLS
                                       )
11              Plaintiff,             )  COMPLAINT FOR
                                       )  FORFEITURE
12       v.                            )
                                       )
13  $23,120.00 IN US CURRENCY,         )
                                       )
14  ONE 2007 CHEVROLET AVALANCHE       )
    TRUCK, CA LICENSE NO. 8E38789,     )
15  VIN 3GNEC12J17G138443, ITS TOOLS   )
    AND APPURTENANCES,                 )
16                                     )
    ONE 2003 AUDI QUATTRO SEDAN,       )
17  CA LICENSE NO. 5LKB440,            )
    VIN WAULC68E73A197008, ITS TOOLS   )
18  AND APPURTENANCES,                 )
                                       )
19  $1,200.00 IN U.S. CURRENCY,        )
                                       )
20              Defendants.            )
                                       )
21  _____)

22       By way of complaint against the defendants,

23       $23,120.00 IN US CURRENCY,

24       ONE 2007 CHEVROLET AVALANCHE TRUCK, CA LICENSE NO.
         8E38789, VIN 3GNEC12J17G138443, ITS TOOLS AND
25       APPURTENANCES,

26       ONE 2003 AUDI QUATTRO SEDAN, CA LICENSE NO. 5LKB440,
         VIN WAULC68E73A197008, ITS TOOLS AND APPURTENANCES,
27       and

28       $1,200.00 IN U.S. CURRENCY,

(hereinafter "defendants"), the United States of America alleges:

1.  This Court has jurisdiction over this action by virtue of the provisions of Title 28, United States Code, Section 1355, and Title 21, United States Code, Section 881.

2.  Venue is proper in this district pursuant to Title 28, United States Code, Section 1395, because the defendant properties were found within this district.

3.  On August 22, 2007, San Diego county sheriff deputies executed a Fourth Amendment waiver search at a residence on Olive Hill Road in Fall brook, California. Detectives knew Eliseo Jimenez ("Jimenez") and Melissa Archambault ("Archambault") to live at the residence. Jimenez was subject to Fourth Amendment waiver search conditions. As deputies approached the residence, they observed Jimenez and another male running away from the residence. Jimenez' wallet with his identification was later found at the residence pursuant to the search.

During the search of the residence, deputies located $23,120.00 in U.S. Currency, to which a narcotics K-9 positively alerted, and an electronic money counter. In the garage of the residence deputies observed about 20 large black trash bags which contained smaller clear plastic bags of marijuana. Two duffel bags which contained smaller bags of marijuana were also found. There was a total of 196 pounds of high-grade marijuana found in the garage. Also in the garage, deputies located a wallet containing identification for Jimenez, an electronic scale, and a loaded .25 caliber pistol.

Once finished at the residence, deputies contacted Archambault, who claimed Jimenez stays at the house once or twice every couple of weeks. Inside the house were numerous items of dominion and control for Jimenez, as well as male clothing and shoes in his size. Archambault also claimed not to know anything about the large amount of cash in her walk-in closet, or the large amount of marijuana found in her garage. She knew the money had been there a couple days; however, she said she did not know where it had come from and she had not asked Jimenez about it.

Deputies then searched the three vehicles located in the driveway. In a green Jeep Cherokee deputies located a bag of marijuana on the passenger side floorboard and an electronic scale on the passenger seat. The narcotics trained K-9 gave a positive alert outside the vehicle. In the Audi which Jimenez had been observed driving on numerous occasions, $1,200.00 in U.S. Currency was located in the trunk. The narcotics trained K-9 also made an alert on the outside of this vehicle. A 2007

Chevrolet Avalanche which Archambault drove was also in the driveway. The title for this vehicle in Jimenez' name was located inside the residence. Archambault paid for this thirty thousand dollar vehicle despite not having any record of employment.

Jimenez turned himself into deputies the following day after contacting his attorney. He pled guilty to possessing marijuana for sale on October 11, 2007.

## Count 1

### $23,120.00 IN U.S. CURRENCY

4. Paragraphs 1-3 are incorporated as a part hereof.

5. On and/or prior to August 22, 2007, the Count 1 defendant currency was a thing of value furnished or intended to be furnished in exchange for a controlled substance or listed chemical in violation of Title 21 of the United States Code, Section 881.

6. Alternatively, on and/or prior to August 22, 2007 the Count 1 defendant currency represented the proceeds of or proceeds traceable to an exchange for a controlled substance or listed chemical in violation of Title 21 of the United States Code, Section 881.

7. Because of the aforementioned acts or uses alleged herein, either singly or in combination, the Count 1 defendant currency is subject to forfeiture pursuant to Title 21, United States Code, Section 881(a)(6).

8. The Count 1 defendant currency is presently stored within the jurisdiction of this Court.

## Count 2

### ONE 2007 CHEVROLET AVALANCHE TRUCK

9. Paragraphs 1-3 are incorporated as a part hereof.

10. On and/or prior to August 22, 2007, the Count 2 defendant vehicle was a thing of value furnished or intended to be furnished in exchange for a controlled substance or listed chemical in violation of Title 21 of the United States Code, Section 881.

11. Alternatively, on and/or prior to August 22, 2007 the Count 2 defendant vehicle represented the proceeds of or proceeds traceable to an exchange for a controlled substance or listed chemical in violation of Title 21 of the United States Code, Section 881.

//

1  12. Because of the aforementioned acts or uses alleged herein, either singly or in
2  combination, the Count 2 defendant vehicle is subject to forfeiture pursuant to Title 21, United States
3  Code, Section 881(a)(6).
4  13. The Count 2 defendant vehicle is presently stored within the jurisdiction of this Court.
5  14. The value of the Count 3 defendant vehicle is approximately $32,295.00.

## Count 3

### ONE 2003 AUDI QUATTRO SEDAN

15. Paragraphs 1-3 are incorporated as a part hereof.

16. On and/or prior to August 22, 2007, the Count 3 defendant vehicle was used to facilitate narcotics trafficking activities in violation of Title 21, United States Code, Section 881(a)(4).

17. Alternatively, on and/or prior to August 22, 2007, the Count 3 defendant vehicle was used and was intended to be used to transport and/or to facilitate the transportation, and/or sale, and/or receipt, and/or possession, and/or concealment of a controlled substance in violation of Title 21 of the United States Code, Section 881(a)(4).

18. Alternatively, on and/or prior to August 22, 2007, the Count 3 defendant vehicle represented the proceeds of or proceeds traceable to an exchange for a controlled substance or listed chemical in violation of Title 21 of the United States Code, Section 881(a)(6).

19. Because of the aforementioned acts or uses alleged herein, either singly or in combination, the Count 3 defendant vehicle is subject to forfeiture pursuant to Title 21, United States Code, Sections 881(a)(4) and 881(a)(6).

20. The Count 3 defendant vehicle is presently stored within the jurisdiction of this Court.

21. The value of the Count 3 defendant vehicle is approximately $14,100.00.

## Count 4

### $1,200.00 IN U.S. CURRENCY

22. Paragraphs 1-3 are incorporated as a part hereof.

23. On and/or prior to August 22, 2007, the Count 4 defendant currency was a thing of value furnished or intended to be furnished in exchange for a controlled substance or listed chemical in violation of Title 21 of the United States Code, Section 881.

24. Alternatively, on and/or prior to August 22, 2007 the Count 4 defendant currency represented the proceeds of or proceeds traceable to an exchange for a controlled substance or listed chemical in violation of Title 21 of the United States Code, Section 881.

25. Because of the aforementioned acts or uses alleged herein, either singly or in combination, the Count 4 defendant currency is subject to forfeiture pursuant to Title 21, United States Code, Section 881(a)(6).

26. The Count 4 defendant currency is presently stored within the jurisdiction of this Court.

WHEREFORE, the United States prays that due process issue to enforce the forfeiture of the defendants, and that due notice be given to all interested parties to appear and show cause why said forfeiture should not be declared.

DATED: January 14, 2008

KAREN P. HEWITT
United States Attorney

*David McNees*

DAVID M. McNEES
Special Assistant U.S. Attorney

## VERIFICATION

I, Eric Ball, hereby state and declare as follows:

1. I am a Drug Enforcement Agent with the United States Drug Enforcement Administration

2. I have read the foregoing complaint and know its contents.

3. The information in the complaint was furnished by official Government sources. Based on this information, I believe the allegations in the complaint to be true.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge and belief.

Executed on 0-9-2008.

ERIC BALL, Drug Enforcement Agent
Drug Enforcement Administration

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| UNITED STATES OF AMERICA | $23,120.00 IN US CURRENCY, et al |

FILED
08 JAN 14 AM 9:29
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

'08 CV 0074 IEG NLS

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT (IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
SAUSA DAVID M. McNEES
880 FRONT STREET, ROOM 6293
SAN DIEGO, CA 92101-8893
(619) 557-5979

ATTORNEYS (IF KNOWN)
RICHARD M. BARNETT, ESQ.
105 WEST F STREET, 4TH FLOOR
SAN DIEGO CA 92101
(619) 231-1182

II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)
[X] 1 U.S. Government Plaintiff
[ ] 3 Federal Question (U.S. Government Not a Party)
[ ] 2 U.S. Government
[ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

TITLE 21, UNITED STATES CODE, SECTION 881(a)(6) and (a)(4)

V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
|  | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC | ☐ 410 Antitrust |
| ☐ Marine | ☐ 315 Airplane Product | ☐ 365 Personal Injury - Product Liability | [X] 625 Drug Related of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Miller Act | ☐ 320 Assault, Libel & |  |  | ☐ 820 Copyrights | ☐ 450 Commerce/ICC |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Product Liability | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 150 Recovery of &Enforcement of Judgment |  |  | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced Corrupt Organizations |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs | SOCIAL SECURITY |  |
| ☐ 152 Recovery of Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational | ☐ 861 HIA (13958) | ☐ 810 Selective Service |
| ☐ 153 Recovery of of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 862 Black Lung (923) | ☐ 850 Exchange |
|  | ☐ 355 Motor Vehicle Liability | ☐ 380 Other Personal Property Damage | LABOR | ☐ 863 DIWC/DIWW (405(g)) |  |
| ☐ 160 Stockholders Suits |  |  | ☐ 710 Fair Labor Standards | ☐ 864 SSID Title XVI | ☐ 875 Customer Challenge |
| ☐ Other Contract | ☐ 360 Other Personal | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product |  |  | ☐ 730 Labor/Mgmt. Disclosure Act | FEDERAL TAX SUITS | ☐ 892 Economic |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. or Defendant) | ☐ 893 Environmental |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Habeas Corpus | ☐ 790 Other Labor | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 894 Energy Allocation |
| ☐ 220 Foreclosure | ☐ 442 Employment |  | ☐ 791 Empl. Ret. Inc. Security Act |  | ☐ 895 Freedom of |
| ☐ 230 Rent Lease & | ☐ 443 | ☐ 530 General |  |  | ☐ 900 Appeal of Fee Under Equal Access to |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty |  |  | ☐ 950 Constitutionality of |
| ☐ 245 Tort Product | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other |  |  | ☐ 890 Other Statutory |
| ☐ 290 All Other Real |  | ☐ 550 Civil Rights |  |  |  |
|  |  | ☐ 555 Prisoner Conditions |  |  |  |

VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)
[X] Original Proceeding
☐ 2 Removal from State Court
☐ 3 Remanded from Appelate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23
DEMAND $
Check YES only if demanded in complaint:
JURY DEMAND: [X] YES ☐ NO

VIII. RELATED CASE(S) IF ANY (See JUDGE
Docket Number

DATE  1/14/08
SIGNATURE OF ATTORNEY OF RECORD
DAVID M. McNEES, SAUSA

CR