FILED

08 JAN 16 PM 4: 11

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: *PVL*          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>v. )<br><br>$23,120.00 IN US CURRENCY, )<br><br>ONE 2007 CHEVROLET AVALANCHE )<br>TRUCK, CA LICENSE NO. 8E38789, )<br>VIN 3GNEC12J17G138443, ITS TOOLS )<br>AND APPURTENANCES, )<br><br>ONE 2003 AUDI QUATTRO SEDAN, )<br>CA LICENSE NO. 5LKB440, )<br>VIN WAULC68E73A197008, ITS TOOLS )<br>AND APPURTENANCES, )<br><br>$1,200.00 IN U.S. CURRENCY, )<br><br>Defendants. )<br>_____ ) | Civil No. '08 CV 0074 IEG NLS<br><br>ORDER APPOINTING UNITED STATES MARSHAL AS CUSTODIAN AND DEPOSITING THE DEFENDANT CURRENCIES INTO THE SEIZED ASSETS DEPOSIT ACCOUNT |

Upon a motion by plaintiff, United States of America, and it appearing that the United States Marshal has consented to assume responsibility for the custody and maintenance of the defendant properties during the time they remain in the custody of this Court under its process herein,

IT IS HEREBY ORDERED that upon the arrest of the defendant properties, the United States Marshal shall be custodian of the defendant properties on behalf of this Court until further order, and

//

//

1    IT IS FURTHER ORDERED that the United States Marshal shall deposit the defendant

2  currencies in the Seized Assets Deposit Account which shall be substituted as the res in this action.

3    DATED:

4                                    1/16/08                          _____
                                                                      UNITED STATES DISTRICT JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28