1  UNITED STATES DISTRICT COURT

2  SOUTHERN DISTRICT OF CALIFORNIA

3  UNITED STATES OF AMERICA,            )    Civil No.'08 CV 0074 IEG NLS

4                        Plaintiff,      )    WARRANT FOR ARREST
                                         )    IN ACTION IN REM
5                 v.                     )

6  $23,120.00 IN US CURRENCY,           )

7  ONE 2007 CHEVROLET AVALANCHE         )
   TRUCK, CA LICENSE NO. 8E38789,       )
8  VIN 3GNEC12J17G138443, ITS TOOLS     )
   AND APPURTENANCES,                   )
9                                        )
   ONE 2003 AUDI QUATTRO SEDAN,         )
10 CA LICENSE NO. 5LKB440,              )
   VIN WAULC68E73A197008, ITS TOOLS )
11 AND APPURTENANCES,                   )
                                         )
12 $1,200.00 IN U.S. CURRENCY,          )
                                         )
13                     Defendants.       )
   _____     )



14

15 TO:   UNITED STATES MARSHAL
         SOUTHERN DISTRICT OF CALIFORNIA
16
       YOU ARE HEREBY COMMANDED to attach the defendants,
17
            $23,120.00 IN US CURRENCY,
18
            ONE 2007 CHEVROLET AVALANCHE TRUCK, CA LICENSE NO.
19          8E38789, VIN 3GNEC12J17G138443, ITS TOOLS AND
            APPURTENANCES,
20
            ONE 2003 AUDI QUATTRO SEDAN, CA LICENSE NO. 5LKB440,
21          VIN WAULC68E73A197008, ITS TOOLS AND APPURTENANCES,
            and
22
            $1,200.00 IN U.S. CURRENCY,
23

24 in the above-entitled action, and to detain the same in your custody until further order of the Court, and

25 to give due notice to all persons claiming the same or having anything to say why the same should not

26 be condemned and forfeited to the United States pursuant to the prayer of the Complaint on file herein,

27 that they must file their claims with the Clerk of this Court within 30 days after execution of this

28 //

1    process, or within such additional time as may be allowed by the Court, and must serve their answers

2    within 20 days after the filing of their claims.

3            YOU ARE FURTHER COMMANDED to file this process in this Court with your return thereon

4    promptly after execution thereof.

6        DATED:   JAN 1 7 2008

7                                        W. SAMUEL HAMRICK, JR., Clerk

9
                                         By_____
10        (SEAL)

2