RICHARD M. BARNETT, Esq.
Attorney at Law
#65132
105 West F Street, 4th Floor
San Diego, CA 92101
Telephone: (619) 231-1182

Attorney for Claimant
ELISEO JIMENEZ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>$23,120.00 IN U.S. CURRENCY,<br><br>ONE 2007 CHEVROLET AVALANCHE TRUCK, CA LICENSE NO. 8E38789, VIN 3GNEC12J17G138443, ITS TOOLS AND APPURTENANCES,<br><br>ONE 2003 AUDI QUATTRO SEDAN, CA LICENSE NO. 5LKB440, VIN WAULC68E73A197008, ITS TOOLS AND APPURTENANCES,<br><br>$1,200.00 IN U.S. CURRENCY,<br><br>    Defendants. | Case No. 08-CV-0074(IEG)NLS<br><br>**CLAIM OF ELISEO JIMENEZ** |

Pursuant to Rule G(5) of the Supplemental Rules, Federal Rules of Civil Procedure, ELISEO JIMENEZ, hereby demands the return and restitution of the defendant property, and claims the right to defend this action as an individual with an ownership interest in said property.

Richard M. Barnett, counsel for Mr. Jimenez, is authorized to file this Claim on his behalf.

I declare under penalty of perjury the foregoing is true and correct.

Executed this 15th day of February, 2008, at San Diego, CA.

_____
RICHARD M. BARNETT
Attorney for Claimant ELISEO JIMENEZ

**CERTIFICATE OF SERVICE**

I, RICHARD M. BARNETT, do hereby state:

That I am a citizen of the United States, over the age of eighteen years, and not a party to the within action.

That my business address is 105 West F Street, 4th Floor, San Diego, California.

That on February 15, 2008, I have caused service of Claim of Eliseo Jimenez on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies said party:

1. David McNees, Special Assistant U.S. Attorney, Attorney for Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 15th day of February, 2008, at San Diego, California.

s/ Richard M. Barnett
RICHARD M. BARNETT