# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

**FILED** MAR 20 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| United States of America<br><br>          Plaintiff,<br><br>  vs<br><br>$23,1200.00 in US Currency; One 2007 Chevrolet Avalanche Truck, CA License No. 8E38789, VIN 3GNEC12J17G138443 Its Tools and Appurtenances; One 2003 Audi Quattro Sedan, CA License No. 5LKB440, VIN WAULC68E73A197008, It Tools and Appurtenances; $ 1,200.00 in US Currrency<br>          Defendant, | Civil No. 08cv74-IEG(NLS)<br><br>**DEFAULT** |

  It appears from the records in the above entitled action that Summons issued on the Original Complaint filed on January 14, 2008 has been regularly served upon each of the Defendants hereinafter named; and it appears from the records herein that each of the Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure. Now, therefore, the DEFAULT of each of the following Defendants is hereby entered.

All Potential Claimants Except Eliseo Jimenez and Melissa Archambault

**Entered On:** March 20, 2008    W. SAMUEL HAMRICK, JR., CLERK

                     By: _____

                         J. Haslam, Deputy